# UNITED STATES DISTRICT COURT
## DISTRICT OF COLORADO

---

| UNITED STATES OF AMERICA | **JUDGMENT IN A CRIMINAL CASE** |
|---|---|
| | (For **Revocation of Supervised Release**) |
| v. | Case Number: 13-cr-00266-RBJ-01 |
| | USM Number: 16806-081 |
| JOSE RAMON CRUZ-GAMEZ | Scott Thomas Varholak, AFPD |
| | (Defendant's Attorney) |

**THE DEFENDANT:** Admitted guilt to violations 1 and 2, as alleged in the probation officer's petition.

The defendant is adjudicated guilty of these violations:

| Violation Number | Nature of Violation | Violation Ended |
|---|---|---|
| 1 | Violation of the Law - Controlled Substance-Distribute Schedule 4-Attempted | 08/23/12 |
| 2 | Violation of the Law - Illegal Re-entry of a Removed Alien Subsequent to Aggravated Felony Conviction | 08/24/12 |

The defendant is sentenced as provided in pages 2 through 3 of this judgment. The sentence is imposed pursuant to the Sentencing Reform Act of 1984.

It is ordered that the defendant must notify the United States Attorney for this district within 30 days of any change of name, residence, or mailing address until all fines, restitution, costs, and special assessments imposed by this judgment are fully paid. If ordered to pay restitution, the defendant must notify the court and United States Attorney of material changes in economic circumstances.

It is further ordered that the Addendum to this judgment, which contains the defendant's social security number, residence address and mailing address, shall be withheld from the court file and retained by the United States Probation Department.

February 26, 2014
Date of Imposition of Judgment

_[Signature]_
Signature of Judge

R. Brooke Jackson, United States District Judge
Name & Title of Judge

3-12-14
Date

DEFENDANT: JOSE RAMON CRUZ-GAMEZ  
CASE NUMBER: 13-cr-00266-RBJ-01

Judgment-Page 2 of 3

## IMPRISONMENT

The defendant is hereby committed to the custody of the United States Bureau of Prisons to be imprisoned for a total term of six (6) months consecutively to the sentence imposed in Case No. 13-cr-00205-RBJ-01.

The defendant is remanded to the custody of the United States Marshal.

## RETURN

I have executed this judgment as follows:

_____

_____

_____

_____

Defendant delivered on _____ to _____

at _____, with a certified copy of this judgment.

_____
UNITED STATES MARSHAL

By_____
Deputy United States Marshal